IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Dortch, Charles | Case Number: 06 B 04663 |
| Dortch, Beverly A | Judge: Squires, John H |
| Printed: 10/9/07 | Filed: 4/26/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 18, 2007
Confirmed: June 21, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 13,400.00 | |
| Secured: | | 6,284.53 |
| Unsecured: | | 6,441.90 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 673.55 |
| Other Funds: | | 0.02 |
| Totals: | 13,400.00 | 13,400.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | New Century Mortgage | Secured | 0.00 | 0.00 |
| 2. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Deutsche Bank National Trustee | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 5. | Nuvell Credit Company LLC | Secured | 23,489.23 | 6,284.53 |
| 6. | Chase Manhattan Mortgage Corp | Secured | 4,168.40 | 0.00 |
| 7. | New Century Mortgage | Secured | 3,200.81 | 0.00 |
| 8. | Deutsche Bank National Trustee | Secured | 832.99 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 608.04 | 0.00 |
| 10. | Capital One | Unsecured | 278.07 | 0.00 |
| 11. | Premier Bankcard | Unsecured | 699.17 | 0.00 |
| 12. | Nicor Gas | Unsecured | 2,146.27 | 0.00 |
| 13. | Triad Financial Services | Unsecured | 16,448.90 | 6,441.90 |
| 14. | Deer & Stone | Priority | | No Claim Filed |
| | | | $ 51,871.88 | $ 12,726.43 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 68.75 |
| 5% | 135.00 |
| 4.8% | 324.00 |
| 5.4% | 145.80 |
| | $ 673.55 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Dortch, Charles
Dortch, Beverly A
Printed: 10/9/07

Case Number:  06 B 04663
Judge:  Squires, John H
Filed:  4/26/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_